In the Matter of the Claim of EVELYN MOORE, Respondent, against FEDERAL-AMERICAN CEMENT & TILE Co. and AMERICAN MUTUAL LIABILITY INSURANCE Co., Appellants. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal from a decision and award made by the State Industrial Board. On the day of the accident decedent was engaged in constructing a tile roof on a building located at West Point, N. Y. In the performance of the work decedent and his fellow workman were obliged to lay tile on iron girders at an elevation of forty feet above the ground. Each tile was six feet by two feet and weighed in the neighborhood of 175 pounds. They had to be elevated by the two workmen. Immediately after lifting one of these tiles into place decedent uttered a yell and he was observed grasping in the air and endeavoring to save himself from falling. He was in a crouched position, and part of his body and one of his legs was extended over an open space. He uttered a cry at almost the time when the tile had been put in place. The claim is controverted on the ground that the decedent's death was not caused by an accident arising out of and in the course of his employment. The evidence in the record sustains the award of the State Industrial Board. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of WALTER PATRICK, Respondent, against SOL SHAPIRO, INC., and THE ÆTNA LIFE INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal by an employer and Ætna Life Insurance Company, its carrier, from an award of the State Industrial Board in favor of claimant. Claimant was engaged as a truckdriver. On May 3, 1937, while in the course of his employment and while lifting a package he developed a sacroiliac sprain resulting in disablement from May 4, 1937, to June 28, 1937. The Ætna Life Insurance Company was the insurance carrier for the employer at the time the accident occurred. On February 5, 1938, while claimant was picking up a boiler claimant sustained another injury. At that time the insurance carrier of the employer was the Great American Indemnity Company. That company admitted responsibility for the second accident and paid an award for the disability resulting from such accident from February 5 until March 21, 1938. The State Industrial Board found that the injuries which claimant sustained in the second accident on February 5, 1938, were the result of the first injury which occurred on May 3, 1937, and, therefore, chargeable against the Ætna Life Insurance Company. The proof sustains the findings of the State Industrial Board. Award unanimously affirmed, with costs to Great American Indemnity Company and against the Ætna Life Insurance Company. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.